**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 08-00147-CJC(MLGx)                     Date:  November 17, 2009

Title: <u>KELLY ST. JULIAN v. JOSEPH ST. JULIAN v. METROPOLITAN LIFE ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Michelle Urie</u>                                    <u>   N/A   </u>
Deputy Clerk                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                     None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE STAYED OR DISMISSED PENDING EXHAUSTION OF ADMINISTRATIVE REMEDIES AND STAYING HEARING ON MOTION FOR SUMMARY JUDGMENT** [filed 11/02/09]

Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing.  *See* FED. R. CIV. P. 78; LOCAL RULE 7-15.  Accordingly, the hearing set for November 23, 2009 at 1:30 p.m. is hereby vacated and off calendar.

Joseph St. Julian moves for summary judgment against Plaintiff Kelly St. Julian and Defendant and Cross-Defendants Metropolitan Life Insurance Company ("MetLife") and Business Edge Solutions Life Insurance Plan ("the Plan").  MetLife and the Plan have raised legitimate arguments in their opposition regarding Ms. St. Julian's failure to exhaust her administrative remedies.  Accordingly, the Court hereby orders the parties to show cause why this matter should not be stayed or dismissed pending exhaustion of Ms. St. Julian's administrative remedies.  The hearing on Mr. St. Julian's motion for summary judgment is STAYED pending the order to show cause.  In the event that the order to show cause is discharged, the Court will reschedule the hearing on Mr. St. Julian's motion for summary judgment.

Any opposition to this order to show cause shall be filed and served on or before December 7, 2009.  MetLife and the Plan's reply shall be filed and served on or before

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 08-00147-CJC(MLGx)                              Date:  November 17, 2009
                                                              Page 2

---

December 14, 2009.  The hearing on the Court's order to show cause is scheduled for December 21, 2009 at 1:30 p.m.

imd

MINUTES FORM 11
CIVIL-GEN                                                     Initials of Deputy Clerk MU