JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KELLY ST. JULIAN,<br>    Plaintiff,<br>-vs-<br>JOSEPH ST. JULIAN, et al.,<br>    Defendants.<br><br>JOSEPH ST. JULIAN,<br>    Cross-Claimant,<br>-vs-<br>METROPOLITAN LIFE, etc., et al<br>    Cross-defendants. | NO. SACV-08-00147 CJC (MLGx)<br><br>[PROPOSED] JUDGMENT |

    The Court, having issued its Order granting Summary Judgment to Defendant Joseph St. Julian on Plaintiff's complaint, and having granted Summary Judgment on Joseph St. Julian's cross-claim in favor of Cross-Claimant Joseph St. Julian and against Cross-Defendants

1

Metropolitan Life Insurance Company and the Business Edge Solutions Life Insurance Plan, hereby awards Judgment on the complaint in favor of Defendant Joseph St. Julian and against Plaintiff Kelly St. Julian, that plaintiff Kelly St. Julian take nothing by way of her complaint.

On the Cross-Claim, the Court awards Judgment in favor of Cross-Claimant Joseph St. Julian and against Cross-Defendant Metropolitan Life Insurance Company and Cross-Defendant Business Edge Solutions Life Insurance Plan, as follows:

1. Cross-Defendants and each of them are directed to pay to Joseph St. Julian the proceeds on the life insurance policies held by them on the life of John St. Julian to the extent such policy proceeds have not yet been paid to Joseph St. Julian;

2. Cross-Defendants and each of them are directed to pay forthwith to Joseph St. Julian prejudgment interest in the sum of $8,947.98.

Joseph St. Julian may file a Motion for Attorney Fees pursuant to 29 U.S.C. §1132(g)(1) within the time frame previously Ordered.

**IT IS SO ORDERED**

Dated: March 1, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

2